[Cite as *Citak v. Ohio State Univ., Office of Univ. Compliance & Integrity*, 2022-Ohio-1616.]

| | |
|---|---|
| RACHEL CITAK | Case No. 2021-00563PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| THE OHIO STATE UNIVERSITY, OFFICE OF UNIVERSITY COMPLIANCE AND INTEGRITY | |
| Respondent | |

{¶1} On March 11, 2022, a Special Master issued a Report and Recommendation (R&R) in this public-records case. The Special Master recommends the (1) issuance of an order denying Requester's claim for disclosure of certain records withheld by Respondent and (2) the assessment of court costs to Requester. (R&R, 8.)

{¶2} Neither party has timely filed written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of March 11, 2022. The Court adopts the Report and Recommendation. The Court denies Requester's claim for disclosure of certain records withheld by Respondent. Court costs are assessed to

Case No. 2021-00563PQ                    -2-                         JUDGMENT ENTRY


Requester.  The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


_____
PATRICK E. SHEERAN
Judge

**Filed April 6, 2022**
**Sent to S.C. Reporter 5/13/22**